IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>RUSSELL L. RUCKS, SR.,<br><br>              Defendant. | 4:22CR3095<br><br>PROTECTIVE ORDER |

The government's Motion for a Protective Order (Filing No. 18) is granted.

IT IS ORDERED:

1. Counsel for the Defendant may review the discovery and Jencks materials with their client, but the Defendant may not retain a copy of the materials. Defense counsel may allow their regular staff, as well as interpreters, and any experts and investigators the defense may hire for this litigation, to retain a copy of the discovery materials.

2. Counsel shall not provide the Defendant with photographs, copies or originals of the discovery materials or permit Defendant to retain same without further order of the Court. They shall not discuss or disclose the contents of these documents to any other person, other than defense counsel's immediate staff, their respective defendant, and any experts and investigators the defense may hire for this litigation without further leave of this Court.

3. Should this case proceed to trial, the Defendant is prohibited from possessing a copy of these documents (including the Jencks material) outside of the courtroom.

4. All discovery materials provided to defense counsel shall be placed in secure files with restricted access following the conclusion of the case and shall be returned to the

Government when defense counsel determines it is appropriate and the materials are no longer needed by the defense.

Dated August 23, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge